Curtis R. **DAVY**, Petitioner–Appellant,

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE; United States of America, Respondents-appellees.**

No. 02–6395.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 28, 2002.

Decided Nov. 7, 2002.

Curtis R. Davy, Appellant Pro Se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis R. Davy appeals the district court's order granting the Respondents' motion to dismiss his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district

---

court, *see Davy v. INS*, No. CA–01–4033–6–13AK (D.S.C. filed Jan. 4, 2002 & entered Jan. 8, 2002), and on the reasoning of our recent decision in *Chambers v. Reno*, 307 F.3d 284 (4th Cir.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*